**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 12, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00203-CV

_____

## IN RE RWLS, L.L.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-68513**

---

# M E M O R A N D U M   O P I N I O N

On March 5, 2012, relator, RWLS, L.L.C., filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.  Relator asked this court to compel the respondent, the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, Texas, to (1) vacate her orders signed November 28, 2011, compelling compliance with subpoenas issued by the arbitration panel and denying relator's request to transfer this discovery dispute; and (2) transfer this discovery dispute to the 335th District Court in Burleson County, Texas.

Relator has not established that it is entitled to mandamus relief.   Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.